**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  Taylor Chip, LLC
Debtor(s)

Case No. _____
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Taylor Chip, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Taylor Operations Holdings, LLC
345 Richland Lane
Mount Joy, PA 17552

☐ None *(Check if applicable)*

02/12/26
Date

*(signature)*
Albert A. Ciardi, III
Signature of Attorney or Litigant
Counsel for  Taylor Chip, LLC
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
215-557-3550 Fax:215-557-3551

Scanned with CamScanner