# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| TAYLOR CHIP, LLC | : BANKRUPTCY NO. 26- |
| Debtor. | : |

## RESOLUTION AUTHORIZING THE FILING OF A PETITION FOR REORGANIZATION UNDER TITLE 11 OF THE UNITED STATES CODE

**WHEREAS**, Taylor Chip, LLC, a Delaware limited liability company (the "Company"), is unable to pay its debts as they mature, and it is necessary for the Company to reorganize, and it is advisable to proceed under the acts of Congress relating to Bankruptcy;

**THEREFORE**, be it resolved the Company is authorized to file a petition for reorganization under the acts of Congress relating to Bankruptcy.

**RESOLVED**, that Taylor Operations Holdings, LLC owner of 100% of the membership interests of the Company, is hereby authorized to execute the petition and other documents, and to take or cause to be taken such proceedings as may be desirable or necessary to secure the Company any and all relief that it may be entitled to under Title 11 of the U.S. Code, and that Ciardi Ciardi & Astin be employed to carry out the provisions of the Resolution.

TAYLOR OPERATIONS HOLDINGS, LLC AS
OWNER OF TAYLOR CHIP, LLC

By: _____
Name: Doug Taylor
Title: Member

