**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   Taylor Chip, LLC
                              Debtor(s)

Case No.
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, am a member of Taylor Operations Holdings, LLC, 100% owner of Taylor Chips, LLC, the of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 02/12/26

_____, CEO
Doug Taylor, member of Taylor Operations Holding, LLC, owner/
Signer/Title

Scanned with CamScanner

1828 Frankford Avenue Owner, LLC
Attn Jordan Claffey
222 West Rittenhouse Square
Unit #2106
Philadelphia, PA 19103


515 North Reading Road LLC
300 West Chestnut Street
Suite B-1
Ephrata, PA 17522


65th Place Plus Corp.
c/o Bennett Williams Realty, Inc.
ATTN: Lisa Shull
3528 Concord Road
York, PA 17402


Buckeye Corrugated
PO Box 412203
Boston, MA 02241


Center Street Partners
c/o Smoker Properties
PO Box 249
Strasburg, PA 17579


CESC-COVID EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155


Charlson Braber McCabe & Denmark
c/o Noah H. Charlson, Esquire
1628 JFK Blvd., Ste 1803
Philadelphia, PA 19103

Chase Business
JPMCB Card services
PO Box 15369
Wilmington, DE 19850-5369


Chase Sapphire Reserve
JPMCB Card services
PO Box 15369
Wilmington, DE 19850-5369


Chase- Ink Unlimited
JPMCB Card services
PO Box 15369
Wilmington, DE 19850-5369


Citadel Credit Union Credit Card
520 Eagleview Blvd
Exton, PA 19341


Cozen O'Connor
One Liberty Place
1650 Market Street
suite 2800
Philadelphia, PA 19103


Dashmart/ Door Dash
G&C, LLC
PO Box 736203
Dallas, TX 75373-6203


Doug and Sarah Taylor
345 Richland Lane
Mount Joy, PA 17552


Eliyahu Telem
1807 Chestnut Street
Philadelphia, PA 19103

Essential Pest Solutions, LLC
12220 Atlantic Blvd, Suite 130
Jacksonville, FL 32225


Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461


Hershey DTC, LP
c/o Bennett Williams
3528 Concord Road
York, PA 17402


Horst Realty
205 Granite Run Drive
#280
Lancaster, PA 17601


M2 Equipment Finance LLC
c/o Melissa Paul
20800 Swenson Drive
Suite 475
Waukesha, WI 53186


Marlin Leasing Corp
300 Fellowship Road
Mount Laurel, NJ 08054


Marlin Leasing Corp
PO Box 13604
Philadelphia, PA 19101


Newtek Bank
1410 Commonwealth Drive
Suite 201A
Wilmington, NC 28403

```
Newtek Bank
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042


PEAC Solutions
PO Box 13604
Philadelphia, PA 19101-3604


Philly Wide Disposal
91 Quail Hollow Drive
Sewell, NJ 08080


SBA
PO Box 3918
Portland, OR 97208-3918


SBA Express Program
PO Box 3918
Portland, OR 97208-3918


Shopify Capital
151 O'Connor Street
Ground Floor
Ottawa, ON  K2P 2L8 Canada


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


US Small Business Adminstration
Philadelphia District Office
Attn:  District Counsel
600 American Ave., Ste 301
King of Prussia, PA 19406
```

```
Verr Financial
1221 Ocean Avenue
suite 1605
Santa Monica, CA 90401
```