Fill in this information to identify the case:

Debtor name: Taylor Chip, LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Buckeye Corrugated<br>PO Box 412203<br>Boston, MA 02241 | | | | | | $18,198.35 |
| Chase Business<br>JPMCB Card services<br>PO Box 15369<br>Wilmington, DE 19850-5369 | | | | | | $80,734.22 |
| Chase Sapphire Reserve<br>JPMCB Card services<br>PO Box 15369<br>Wilmington, DE 19850-5369 | | | | | | $52,048.95 |
| Chase- Ink Unlimited<br>JPMCB Card services<br>PO Box 15369<br>Wilmington, DE 19850-5369 | | | | | | $662.68 |
| Citadel Credit Union Credit Card<br>520 Eagleview Blvd<br>Exton, PA 19341 | | | | | | $13,072.11 |
| Cozen O'Connor<br>One Liberty Place<br>1650 Market Street suite 2800<br>Philadelphia, PA 19103 | | | | | | $48,893.59 |

Debtor **Taylor Chip, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dashmart/ Door Dash G&C, LLC PO Box 736203 Dallas, TX 75373-6203 | | | | | | $55,242.36 |
| Essential Pest Solutions, LLC 12220 Atlantic Blvd, Suite 130 Jacksonville, FL 32225 | | | | | | $216.00 |
| Federal Express PO Box 371461 Pittsburgh, PA 15250-7461 | | | | | | $23,560.68 |
| M2 Equipment Finance LLC c/o Melissa Paul 20800 Swenson Drive Suite 475 Waukesha, WI 53186 | | Cornucopia KN551#516 | | $30,000.00 | $0.00 | $30,000.00 |
| Marlin Leasing Corp 300 Fellowship Road Mount Laurel, NJ 08054 | | FW 550 Flowpack Packer | | $34,000.00 | $0.00 | $34,000.00 |
| Philly Wide Disposal 91 Quail Hollow Drive Sewell, NJ 08080 | | | | | | $920.00 |
| Shopify Capital 151 O'Connor Street Ground Floor Ottawa, ON  K2P 2L8 Canada | | | | | | $21,974.87 |
| UPS 55 Glenlake Parkway NE Atlanta, GA 30328 | | | | | | $13,023.20 |
| Verr Financial 1221 Ocean Avenue suite 1605 Santa Monica, CA 90401 | | | | | | $13,000.00 |